# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br>    Plaintiff,<br><br>                          v.<br><br>CRAIG ALLEN,<br>    Defendant. | Civil Action No.<br>1:24-cv-01771-SDG |

### ORDER

Plaintiff Securities and Exchange Commission's motion to lift the stay of these proceedings [ECF 10] is **GRANTED**. Defendant Craig Allen is **ORDERED** to file an answer or responsive motion to the complaint [ECF 1] on or before August 4, 2025. The parties are further **ORDERED** to conduct a joint scheduling conference and file an amended Joint Preliminary Report and Discovery Plan within 30 days of Allen's answer or responsive motion. If Allen does not appear by answer or responsive motion by August 4, 2025, Plaintiff may move for entry of default against Allen.

The Clerk of Court is **DIRECTED** to mail a copy of the complaint [ECF 1] along with a copy of this Order to Defendant Craig Allen at the following address:

> Craig Murfee Allen
> Register No. 11310-511
> FPC Montgomery
> Federal Prison Camp
> Maxwell Air Force Base
> Montgomery, AL 36112

The Clerk is further **DIRECTED** to list the above address for Defendant Craig Allen on the docket of this case.

**SO ORDERED** this 1st day of July, 2025.

_____
Steven D. Grimberg
United States District Judge