RECEIVED IN CHAMBERS
U.S.D.C. - Atlanta

AUG 13 2025

KEVIN P. WEIMER, Clerk
By: _____, Deputy Clerk

7/28

Dear Sir:

I have read the "Consent To Final Judgement" and "offer of Settlement" from The SEC with respect to: Civil Action 1-24-CV-01771-SDG.

I understand this is a Good Faith Settlement.

I have not hired legal Council, but I request a Call with The SEC So that I understand the Settlement terms.
In the interest of Costs and Time I will not hire Council, but I need a discussion with The SEC.

In transit All Documents were required to be left behind for this and other matter the before Judge Grimberg. So I do not have the documents before the latest Fedex.

Please have The SEC Contact me for a brief discussion before I Sign.

Thank You,

Craig Allen
#113105-11

Federal Prison Camp
Montgomery ALA 36112
Craig Allen 11310511

Case 1:24-cv-01771-SDG   Document 15   Filed 08/13/25   Page 2 of 2

JACKSONVILLE RPDC 320

5 AUG 2025  PM 4  L



11th Circuit Court N. Ga.
c/o Judge Grimberg
75 Ted Turner Drive SW
Atlanta, Ga 30303

CLEARED DATE
AUG 08 2025
U.S. Marshals Service
Atlanta, GA 30303

30303-330999